**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA DAWN GITCHEL,           )<br>                              )<br>          Plaintiff,          )<br>                              )<br>     v.                       )<br>                              )<br>CAROLYN W. COLVIN, Acting     )<br>Commissioner of Social        )<br>Security,                     )<br>                              )<br>          Defendant.          )<br>_____) | Case No. EDCV 13-1136-JPR<br><br>**JUDGMENT** |

    For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED THAT (1) Plaintiff's request for an order remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: June 11, 2014

                                            JEAN ROSENBLUTH<br>                                            U.S. Magistrate Judge